**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>E. HUNTER HERRON<br>AND<br>FRANCES H. HERRON<br><br>      Debtors | Chapter 13<br><br><br>Case No. 18-12802-KHK |

## WITHDRAWAL

I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw Trustee's Objection to Confirmation filed with this Court on the above captioned matter and scheduled for hearing on March 14, 2019.

_March 12, 2019_____           _/s/ Thomas P. Gorman_____
Dated                              Thomas P. Gorman
                                   Chapter 13 Trustee
                                   300 N. Washington Street, #400
                                   Alexandria, VA  22314
                                   (703) 836-2226
                                   VSB #26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of March, 2019 served via ECF to authorized users or mailed a true copy of the foregoing Withdrawal to the following parties.

                                   Robert Weed
                                   Attorney for Debtor
                                   Law Offices Of Robert Weed
                                   1376 Old Bridge Rd. Ste 101-4
                                   Woodbridge, VA 22192

                                   ___/s/ Thomas P. Gorman_____
                                   Thomas P. Gorman